UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL STEVEN CARDLEY,<br><br>                      Plaintiff,<br><br>   v.<br><br>PIERCE COUNTY, et al.,<br><br>                      Defendant. | CASE NO. 3:23-cv-05701-TL-BAT<br><br>**REPORT AND RECOMMENDATION** |

While he detained at the Pierce County Jail, Plaintiff, Michael Steven Cardley, filed a *pro se* complaint, and an application to proceed *in forma pauperis* (IFP). On August 4, 2023, the Clerk sent Plaintiff a notice that his IFP application was deficient and requested Plaintiff to cure the deficient IFP no later than September 5, 2023, or the matter may be dismissed. Dkt. 2. On August 16, 2023, the Clerk's letter was returned to the Court with a stamp "NIC" (Not in Custody).

Local Civil Rule ("LCR") 10(f) requires parties to notify the Court of any change of address or telephone number within 10 days of the change. LCR 41(b)(2) further provides:

> A party proceeding pro se shall keep the court and opposing parties advised as to his current address…. If mail directed to a pro se plaintiff by the clerk is returned by the Post Office … and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute.

REPORT AND RECOMMENDATION - 1

Plaintiff has not advised the Court of any change of address between the time he filed the complaint on August 3, 2023, and the time Clerk's letter was mailed on August 4, 2023, and then returned on August 17, 2023. Since August 17, 2023, Plaintiff has not provided an updated address to the Court or communicated with the Court in any manner. The Court accordingly recommends that if Plaintiff does not provide an updated address and sufficient IFP application by October 13, 2023, the Court should DISMISS the case without prejudice.

## OBJECTIONS AND APPEAL

This Report and Recommendation is not an appealable order. Plaintiff should not file a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit until the assigned District Judge enters a judgment in the case.

Objections, however, may be filed no later than **October 10, 2023.** The Clerk should note the matter for **October 13, 2023**, as ready for the District Judge's consideration. The failure to timely object may affect the right to appeal.

DATED this 25th day of September, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2