UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL STEVEN CARDEY,

                Plaintiff,

   v.

PIERCE COUNTY et al.,

                Defendants.

CASE NO. 3:23-cv-05701-TL-BAT

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Having reviewed the Report and Recommendation of the assigned United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1)     The Court ADOPTS the Report and Recommendation.

(2)     The case is dismissed without prejudice.

(3)     The Clerk is directed to send copies of this Order to the parties.

Dated this 16th day of October, 2023.

Tana Lin
United States District Judge